**Order entered May 16, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01067-CR

**BRANDON DEMON JORDAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F17-75751-I**

## ORDER

Before the Court is appellant's May 14, 2019 third motion to extend the time to file his brief. Appellant has tendered his brief with the motion. We **GRANT** the motion and **ORDER** appellant's brief filed as of the date of this order.

/s/     BILL PEDERSEN, III
JUSTICE